# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 9/1/15**

In re:   Case No.:   15−22150 PM     Chapter:   7

Gyorgy Rado
Debtor(s)

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 3 – Disclosure of Compensation of Attorney for Debtor Filed by Frank Anthony Vitale. (Vitale, Frank) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 9/15/15. The document is not completed and a copy of an agreement is not attached as noted in item no. 4.** |
| CURE: | File an Amended Disclosure of Compensation. The document must be fully completed. |
| CONSEQUENCE: | Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Ellen Devine  410−962−4076

cc:   Debtor(s)
      Attorney for Debtor(s) – Frank Anthony Vitale

Form defntc (11/2013)