

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.:  **15–22150 – PM**   Chapter:  **7**

**Gyorgy Rado**
Debtors(s)

## ORDER DENYING THE DEBTOR(S)' APPLICATION
## FOR WAIVER OF CHAPTER 7 FILING FEE
## AND GRANTING LEAVE TO PAY IN INSTALLMENTS

Upon consideration of the Debtor(s)' Application for Waiver of the Chapter 7 Filing Fee, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a waiver of the Chapter 7 filing fee is DENIED; and it is further

ORDERED, that the Debtor(s) shall pay the Chapter 7 filing fee according to the following terms:
   $83.75 within 14 days from date of this order;
   $83.75 within 30 days after date of filing;
   $83.75 within 60 days after date of filing; and
   $83.75 within 90 days after date of filing; and it is further

ORDERED, that until filing fee is paid in full, the Debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case; and it is further

ORDERED, that if the Debtor(s) fails to timely pay the filing fee in full or to make timely installment payments, the Court may dismiss the Debtor(s)' Chapter 7 case.

**NOTE:** Pursuant to Local Bankruptcy Rule 1006–1(a), the Clerk will only accept payment from Debtor(s) in the form of cash, cashier's check, certified check, negotiable money order, or a check drawn on the account of Debtor(s)' attorney of record. Payments should be made payable to Clerk, U.S. Bankruptcy Court.

cc:   Debtor(s)
      Attorney for Debtor(s) – Frank Anthony Vitale
      Chapter 7 Trustee – Steven H Greenfeld
      U.S. Trustee

**End of Order**

23.13 – 11/28/2011 – *edevine*