IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GYORGY RADO | ) | Case No. 15-22150 |
| | ) | (Chapter 7) |
| Debtor. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND PLEADINGS

Please enter the appearance of Shulman, Rogers, Gandal, Pordy & Ecker, P.A. and Benjamin P. Smith, Esquire, 12505 Park Potomac Avenue, Sixth Floor, Potomac, Maryland 20854, as attorney for EagleBank, a secured party in the above-captioned proceeding.

This appearance is intended solely for the purpose of receiving notices and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Request is hereby made, pursuant to Bankruptcy Rule 2002, that all notices, plans, orders and other pleadings required to be mailed to creditors under Bankruptcy Rule 2002 be first class mailed or delivered via electronic (ECF) filing to the following:

Benjamin P. Smith, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
bsmith@shulmanrogers.com

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.**


By:   /s/  Benjamin P. Smith
Benjamin P. Smith (Bar No. 17680)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL:  (301) 230-5241
FAX:  (301) 230-2891
Email: bsmith@shulmanrogers.com
*Attorney for EagleBank*

## CERTIFICATE OF SERVICE

The following parties received electronic notice of this filing:

| Frank Anthony Vitale | fvitale@mdlab.org |
|---|---|
| *Counsel for Debtor* | |
| Steven H Greenfeld | trusteegreen@cohenbaldinger.com |
| *Chapter 7 Trustee* | sgreenfeld@ecf.epiqsystems.com |

To the extent that the following persons were not served electronically via CM/ECF system, a copy of the **Entry of Appearance and Request for Notices** was first class mailed, postage prepaid, this 8th day of September, 2015, to:

**Gyorgy Rado**
8650 2nd Avenue
Apt. 810
Silver Spring, MD 20910
*Debtor*


  /s/   Benjamin P. Smith
Benjamin P. Smith