Form trnoncmp

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   15–22150 PM      Chapter:   7**

Gyorgy Rado
Debtor(s)

## NOTICE OF NON–COMPLIANCE
## AND OF POSSIBLE DISMISSAL OF CASE

**WARNING** – The Trustee in your case has notified the Court that the debtor has not provided:

A copy of the pay advices to the trustee pursuant to § 521(a)(1)(B)(iv) of Title 11 U.S.C. and Administrative Order 05–04 , and

A copy of the Federal income tax return to the trustee pursuant to § 521(e)(2)(A) of Title 11 U.S.C.

Accordingly, you have **14** days from the date of this notice to respond before the Court makes a decision on the dismissal of this case.

**Do not file copies of payment advices or Federal income tax returns with the Court. Payment advices and tax returns are to be provided to the trustee.**

Dated: 10/5/15

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jean Johnson  410–962–4221

cc:   Debtor(s)
      Attorney for Debtor(s) – Frank Anthony Vitale
      Chapter 7 Trustee – Steven H Greenfeld
      U.S. Trustee
      All Creditors